UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
Fair Finance Company and Jacques Dunaway

Bankruptcy Case: **10−50494−mss**

Chapter: **7**

Judge: **MARILYN SHEA−STONUM**

**Plaintiff:**
Brian A. Bash, Chapter 7 Trustee

−vs−

**Defendant:**
Speedster Motorcars, Inc., et al

Adv. Proc. No.: **12−05091−mss**

**ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**SpeedsterMotorcarSales, Inc.**

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

KENNETH J. HIRZ, CLERK OF COURT

**Dated:** August 2, 2012
Form ohnb270

By: /s/B. Uehlinger
Deputy Clerk