United States Bankruptcy Court
Northern District of Ohio

Bash,
Plaintiff

Adv. Proc. No. 12-05091-mss

Speedster Motorcars, Inc.,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0647-5 User: buehl Page 1 of 2 Date Rcvd: Aug 02, 2012
Form ID: 270 Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2012.

pla Brian A. Bash, PNC Center, 1900 East 9th Street, Suite 3200, Cleveland, OH 44114-3482
+Speedster Motor Cars, Inc., c/o Jeffrey Osler, 6124 Albury Drive, Indianapolis, IN 46236-8144
dft +Speedster Motorcars, Inc., 10990 49th Street North, Clearwater, FL 33762-5015
+SpeedsterMotorCarSales, Inc., 3226 Big Ridge Road, Glenville, NC 28736-6417
+SpeedsterMotorcarSales, Inc., c/o Richard Bolek, 6137 Rockcross Avenue, New Port Richey, FL 34655-3716
dft +SpeedsterMotorcarSales, Inc., 101 1st Avenue SW, Largo, FL 33770-3610
dft Timothy Durham, 9032 Diamond Point Drive, Indianapolis, IN 46236-9051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
* +SpeedsterMotorcarSales, Inc., 101 1st Avenue SW, Largo, FL 33770-3610
* +Timothy Durham, 9032 Diamond Point Drive, Indianapolis, IN 46236-9051
TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2012** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2012 at the address(es) listed below:

Alexis Courtney Osburn on behalf of Plaintiff Brian Bash aosburn@bakerlaw.com, fairfinancedocket@bakerlaw.com

David F. Proano on behalf of Plaintiff Brian Bash dproano@bakerlaw.com, bsulhan@bakerlaw.com;fairfinancedocket@bakerlaw.com

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
Fair Finance Company and Jacques Dunaway

Bankruptcy Case: **10−50494−mss**

Chapter: **7**

Judge: **MARILYN SHEA−STONUM**

**Plaintiff:**
Brian A. Bash, Chapter 7 Trustee

−vs−

**Defendant:**
Speedster Motorcars, Inc., et al

Adv. Proc. No.: **12−05091−mss**

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**SpeedsterMotorcarSales, Inc.**

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

KENNETH J. HIRZ, CLERK OF COURT

By: /s/B. Uehlinger
Deputy Clerk

**Dated:** August 2, 2012
Form ohnb270